UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 25 Cr. 339 (MEF)

JAMES ROBERGE,  **APPEARANCE**

Defendant.

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for  James Roberge
                                                        Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

| Court(s) | Year(s) of Admission |
|---|---|
| United States District Court, Eastern District of New York | 2025 |
| United States District Court, Southern District of New York | 2025 |
| New York State Bar | 2021 |

Date: July 22, 2025

Signature of Attorney

Daniela Manzi
Print Name

Agnifilo Intrater LLP, 445 Park Avenue, 7th Floor
Address

New York, NY 10022
City State Zip Code

Tel: (646) 233-2913
Fax: (646) 347-2834
Phone Number Fax Number

DNJ-CR-013 (03/2010)