UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------X

UNITED STATES OF AMERICA

        v.                                                                                      No. 25-cr-339 (MEF)

ROUZBEH HAGHIGHAT, BEHROUZ
HAGHIGHAT, KIRSTYN M. PEARL,
SEYEDFARBOD SABZEVARI, and
JAMES D. ROBERGE

                Defendants.
-----------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that defendant James D. Roberge moves respectfully for an Order granting the relief requested in his Omnibus motion as set forth in the brief accompanying this Notice.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Mr. Roberge shall rely on his Memorandum of Law and certification of Zach Intrater with attached exhibits.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith.

Dated:  August 8, 2025
        New York, NY

                                                Respectfully submitted,

                                                _____
                                                Zach Intrater
                                                Daniela Manzi
                                                AGNIFILO INTRATER LLP
                                                445 Park Avenue, 7th Floor
                                                New York, NY 10022
                                                (646) 205-4350
                                                zach@agilawgroup.com
                                                daniela@agilawgroup.com

                                                *Counsel for Defendant James D. Roberge*