UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------X

UNITED STATES OF AMERICA

      v.                                    No. 25-cr-339 (MEF)

ROUZBEH HAGHIGHAT, BEHROUZ
HAGHIGHAT, KIRSTYN M. PEARL,
SEYEDFARBOD SABZEVARI, and
JAMES D. ROBERGE

              Defendants.
-----------------------------------------------------------X

### NOTICE OF FILING OF DISCLOSURE MATERIALS

Please be advised that, on this date, in accordance with the Protective Order entered by the Court on June 16, 2025 (ECF No. 52), James D. Roberge submitted Disclosure Materials to the Court in this case in connection with his pretrial motions.

Dated:   August 8, 2025
         New York, NY

Respectfully submitted,

AGNIFILO INTRATER LLP

_____
Zach Intrater
Daniela Manzi
445 Park Avenue, 7th Floor
New York, NY 10022
(646) 205-4350
zach@agilawgroup.com
daniela@agilawgroup.com

*Counsel for Defendant James D. Roberge*