# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Hon. Michael E. Farbiarz |
| v. | : |
| | : Crim. No. 25-339 |
| ROUZBEH "ROSS" HAGHIGHAT, | : |
| BEHROUZ "BRUCE" HAGHIGHAT, | : |
| KIRSTYN M. PEARL, | : |
| SEYEDFARBOD "FABIO" SABZEVARI, | : |
| JAMES D. ROBERGE | : |

**Notice of United States' Response in Opposition to Defendant Roberge's Pretrial Motions (ECF No. 84)**

The United States, through undersigned counsel, respectfully submits this notice of the submission of its brief in response to Defendant James D. Roberge's Pretrial Motions (ECF No. 84). Because the filing discusses Disclosure Materials in detail, counsel is filing only this notice and proposed order on the public docket and will serve counsel and Chambers with a complete copy by email to accord with the Protective Order (ECF No. 52).

Dated: August 29, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　LORINDA I. LARYEA
　　　　　　　　　　　　　　　　　　　　　Acting Chief
　　　　　　　　　　　　　　　　　　　　　Fraud Section, Criminal Division
　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice

　　　　　　　　　　　　　　　　By:　　*/s/ John J. Liolos*
　　　　　　　　　　　　　　　　　　　John J. Liolos, Trial Attorney
　　　　　　　　　　　　　　　　　　　Fraud Section, Criminal Division
　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　1400 New York Avenue, NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　John.Liolos@usdoj.gov
　　　　　　　　　　　　　　　　　　　(202) 768-2246