UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------X

UNITED STATES OF AMERICA

        v.                                     No. 25-cr-339 (MEF)

ROUZBEH HAGHIGHAT, BEHROUZ
HAGHIGHAT, KIRSTYN M. PEARL,
SEYEDFARBOD SABZEVARI, and
JAMES D. ROBERGE

                Defendants.
-----------------------------------------------------------X

**NOTICE OF FILING OF DISCLOSURE MATERIALS**

Please be advised that, on this date, in accordance with the Protective Order entered by the Court on June 16, 2025 (ECF No. 52), James D. Roberge submitted Disclosure Materials to the Court in this case in connection with his pretrial motions.

Dated:    September 12, 2025          Respectfully submitted,
               New York, NY

                                               AGNIFILO INTRATER LLP

                                               _____
                                               Zach Intrater
                                               Daniela Manzi
                                               445 Park Avenue, 7th Floor
                                               New York, NY 10022
                                               (646) 205-4350
                                               zach@agilawgroup.com
                                               daniela@agilawgroup.com

                                               *Counsel for Defendant James D. Roberge*