**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK　　　　　　　　　　　　　　　　**DATE:** 12/12/2025
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa Larson

**TITLE OF CASE:**

**DOCKET # 25-339**

UNITED STATES OF AMERICA
　　　　vs.
Rouzbeh Haghighat
Kirstyn Pearl
Seyedfarbod Sabzevari
James D. Roberge


**APPEARANCES:**

Tamara Livshiz, AUSA
John Liolos, AUSA
Adam Lee, Esq. for Rouzbeh Haghighat
Benjamin Nicholson, Esq. for Rouzbeh Haghighat
Larry Lustberg, Esq. for Seyedfarbod Sabzevari
Andrew Marino, Esq. for Seyedfarbod Sabzevari
Zack Intrater, Esq. for James Roberge
Daniela Manzi, Esq. for James Roberge
Paul Weinstein, Esq. for Kirstyn Pearl
Eric Mullery, Esq. for Kirstyn Pearl
Defendants present

**Nature of Proceedings:**

Trial w/jury continued before the Honorable Michael Farbiarz.
Jury present.
Closing statements on behalf of defendant Janes Roberge placed on the record.
Closing statements on behalf of defendant Seyedfarbod Haghighat placed on the record.
Closing statements on behalf of defendant Kirstyn Pearl placed on the record.
Closing statements on behalf of defendant Rouzbeh Haghighat placed on the record.
Lunch recess from 12:00 until 1:00.
Closing statements continued on behalf of defendant Rouzbeh Haghighat.
Government rebuttal placed on the record.

Trial w/jury adjourned until 12/15/2025 at 9:00 am.

Time Commenced:  9:00
Time Adjourned:  3:00
Total Time:  5:00

                      _RoseMarie Olivieri_
                      SENIOR COURTROOM DEPUTY