UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X

UNITED STATES OF AMERICA

       v.

ROUZBEH HAGHIGHAT, BEHROUZ
HAGHIGHAT, KIRSTYN M. PEARL,
SEYEDFARBOD SABZEVARI, and
JAMES D. ROBERGE

               Defendants.
------------------------------------------------------------X

No. 25-cr-339 (MEF)

**AFFIDAVIT OF
JAMES D. ROBERGE**

I, **JAMES D. ROBERGE**, hereby affirm as follows:

1. I have not recorded any of the proceedings in this case either in part or in whole.

2. I have not caused any proceedings in this case to be recorded either in part or in whole.

Dated: December 15, 2025
       Newark, New Jersey

                                                 James D. Roberge