UNITED STATES DISTRICT COURT

DISTRICT of NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. __25cr339 (MEF)__ |
| v. | Jury Communication # __2__ |
| Rouzbeh Haghighat | |
| Kirstyn M. Pearl | |
| Seyedfarbod Sabzevari | |
| James D. Roberge | |

Can we have the transcripts for both the prosecution + defenses' closing arguments?

16

DATE: 12.15.2025

FOREPERSON: _____