UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROUZBEH ROSS HAGHIGHAT,<br>KIRSTYN M. PEARL,<br>SEYEDFARBOD "FABIO" SABZEVARI,<br>JAMES D. ROBERGE | Hon. Michael E. Farbiarz<br><br>Crim. No. 25-339<br><br>Verdict Form |

### COUNT 1
(Securities Fraud, 18 U.S.C. § 1348)

With respect to Count One, which charges the Defendants with securities fraud in violation of 18 U.S.C. § 1348 from in or around May 2023 to in or around November 2023, we the jury, unanimously find:

Rouzbeh Ross Haghighat:

NOT GUILTY _____   GUILTY __X__

Kirstyn M. Pearl:

NOT GUILTY _____   GUILTY __X__

Seyedfarbod "Fabio" Sabzevari:

NOT GUILTY _____   GUILTY __X__

James D. Roberge:

NOT GUILTY _____   GUILTY __X__

## COUNT 2
### (Securities Fraud, 15 U.S.C. § 78j(b))

With respect to Count Two, which charges Rouzbeh Ross Haghighat with securities fraud in violation of 15 U.S.C. § 78j(b) on or about June 8, 2023, we the jury, unanimously find:

Rouzbeh Ross Haghighat

NOT GUILTY _____    GUILTY __X__

## COUNT 3
### (Securities Fraud, 15 U.S.C. § 78j(b))

With respect to Count Three, which charges Rouzbeh Ross Haghighat with securities fraud in connection with the AKMA Trust in violation of 15 U.S.C. § 78j(b) on or about May 26, 2023, we the jury, unanimously find:

Rouzbeh Ross Haghighat

NOT GUILTY _____    GUILTY __X__

## COUNT 4
### (Securities Fraud, 15 U.S.C. § 78j(b))

With respect to Count Four, which charges Rouzbeh Ross Haghighat and Kirstyn M. Pearl with securities fraud in violation of 15 U.S.C. § 78j(b) on or about June 5, 2023, we the jury, unanimously find:

Rouzbeh Ross Haghighat

NOT GUILTY _____    GUILTY __X__

Kirstyn M. Pearl

NOT GUILTY _____    GUILTY __X__

## COUNT 5
(Securities Fraud, 15 U.S.C. § 78j(b))

With respect to Count Five, which charges Rouzbeh Ross Haghighat and Seyedfarbod "Fabio" Sabzevari with securities fraud in violation of 15 U.S.C. § 78j(b) on or about May 26, 2023, we the jury, unanimously find:

Rouzbeh Ross Haghighat

   NOT GUILTY _____          GUILTY ___X___

Seyedfarbod "Fabio" Sabzevari

   NOT GUILTY _____          GUILTY ___X___

## COUNT 6
(Securities Fraud, 15 U.S.C. § 78j(b))

With respect to Count Six, which charges Rouzbeh Ross Haghighat and Seyedfarbod "Fabio" Sabzevari with securities fraud in violation of 15 U.S.C. § 78j(b) on or about May 30, 2023, in connection with the purchase of 60 call options, we the jury, unanimously find:

Rouzbeh Ross Haghighat

   NOT GUILTY _____          GUILTY ___X___

Seyedfarbod "Fabio" Sabzevari

   NOT GUILTY _____          GUILTY ___X___

## COUNT 7
### (Securities Fraud, 15 U.S.C. § 78j(b))

With respect to Count Seven, which charges Rouzbeh Ross Haghighat and Seyedfarbod "Fabio" Sabzevari with securities fraud in violation of 15 U.S.C. § 78j(b) on or about May 30, 2023, in connection with the purchase of 4 call options, we the jury, unanimously find:

Rouzbeh Ross Haghighat

NOT GUILTY _____   GUILTY __X__

Seyedfarbod "Fabio" Sabzevari

NOT GUILTY _____   GUILTY __X__

## COUNT 8
### (Securities Fraud, 15 U.S.C. § 78j(b))

With respect to Count Eight, which charges Rouzbeh Ross Haghighat and Seyedfarbod "Fabio" Sabzevari with securities fraud in violation of 15 U.S.C. § 78j(b) on or about May 31, 2023, we the jury, unanimously find:

Rouzbeh Ross Haghighat

NOT GUILTY _____   GUILTY __X__

Seyedfarbod "Fabio" Sabzevari

NOT GUILTY _____   GUILTY __X__

4

## COUNT 9
### (Securities Fraud, 15 U.S.C. § 78j(b))

With respect to Count Nine, which charges Rouzbeh Ross Haghighat and Seyedfarbod "Fabio" Sabzevari with securities fraud in violation of 15 U.S.C. § 78j(b) on or about June 6, 2023, we the jury, unanimously find:

Rouzbeh Ross Haghighat

NOT GUILTY _____    GUILTY __X__

Seyedfarbod "Fabio" Sabzevari

NOT GUILTY _____    GUILTY __X__

## COUNT 10
### (Securities Fraud, 15 U.S.C. § 78j(b))

With respect to Count Ten, which charges Rouzbeh Ross Haghighat and Seyedfarbod "Fabio" Sabzevari with securities fraud in violation of 15 U.S.C. § 78j(b) on or about June 9, 2023, we the jury, unanimously find:

Rouzbeh Ross Haghighat

NOT GUILTY _____    GUILTY __X__

Seyedfarbod "Fabio" Sabzevari

NOT GUILTY _____    GUILTY __X__

## COUNT 11
### (Securities Fraud, 15 U.S.C. § 78j(b))

With respect to Count Eleven, which charges Rouzbeh Ross Haghighat and James D. Roberge with securities fraud in violation of 15 U.S.C. § 78j(b) on or about May 8, 2023, we the jury, unanimously find:

Rouzbeh Ross Haghighat

NOT GUILTY _____     GUILTY __X__

James D. Roberge

NOT GUILTY _____     GUILTY __X__

## COUNT 12
### (Securities Fraud, 15 U.S.C. § 78j(b))

With respect to Count Twelve, which charges Rouzbeh Ross Haghighat and James D. Roberge with securities fraud in violation of 15 U.S.C. § 78j(b) on or about May 9, 2023, we the jury, unanimously find:

Rouzbeh Ross Haghighat

NOT GUILTY _____     GUILTY __X__

James D. Roberge

NOT GUILTY _____     GUILTY __X__

## COUNT 13
### (Securities Fraud, 15 U.S.C. § 78j(b))

With respect to Count Thirteen, which charges Rouzbeh Ross Haghighat and James D. Roberge with securities fraud in violation of 15 U.S.C. § 78j(b) on or about May 10, 2023, we the jury, unanimously find:

Rouzbeh Ross Haghighat

NOT GUILTY _____        GUILTY __X__

James D. Roberge

NOT GUILTY _____        GUILTY __X__

## COUNT 14
### (Securities Fraud, 15 U.S.C. § 78j(b))

With respect to Count Fourteen, which charges Rouzbeh Ross Haghighat and James D. Roberge with securities fraud in violation of 15 U.S.C. § 78j(b) on or about May 12, 2023, we the jury, unanimously find:

Rouzbeh Ross Haghighat

NOT GUILTY _____        GUILTY __X__

James D. Roberge

NOT GUILTY _____        GUILTY __X__

## COUNT 15
### (Securities Fraud, 15 U.S.C. § 78j(b))

With respect to Count Fifteen, which charges Rouzbeh Ross Haghighat and James D. Roberge with securities fraud in violation of 15 U.S.C. § 78j(b) on or about May 15, 2023, we the jury, unanimously find:

Rouzbeh Ross Haghighat

    NOT GUILTY _____      GUILTY __X__

James D. Roberge

    NOT GUILTY _____      GUILTY __X__

## COUNT 16
### (Securities Fraud, 15 U.S.C. § 78j(b))

With respect to Count Sixteen, which charges Rouzbeh Ross Haghighat and James D. Roberge with securities fraud in violation of 15 U.S.C. § 78j(b) on or about May 30, 2023, we the jury, unanimously find:

Rouzbeh Ross Haghighat

    NOT GUILTY _____      GUILTY __X__

James D. Roberge

    NOT GUILTY _____      GUILTY __X__

## COUNT 17
### (Securities Fraud, 15 U.S.C. § 78j(b))

With respect to Count Seventeen, which charges Rouzbeh Ross Haghighat and James D. Roberge with securities fraud in violation of 15 U.S.C. § 78j(b) on or about June 5, 2023, we the jury, unanimously find:

Rouzbeh Ross Haghighat

NOT GUILTY _____    GUILTY __X__

James D. Roberge

NOT GUILTY _____    GUILTY __X__

## COUNT 18
### (Securities Fraud Conspiracy, 18 U.S.C. § 1349)

With respect to Count Eighteen, which charges Rouzbeh Ross Haghighat with conspiracy to commit securities fraud (in violation of 18 U.S.C. § 1348) with one or more other persons from in or around May 2023 through in or around July 2023, we the jury, unanimously find:

Rouzbeh Ross Haghighat

NOT GUILTY _____    GUILTY __X__

## COUNT 19
### (Securities Fraud Conspiracy, 18 U.S.C. § 1349)

With respect to Count Nineteen, which charges Rouzbeh Ross Haghighat and Kirstyn M. Pearl with conspiracy to commit securities fraud (in violation of 18 U.S.C. § 1348) from in or around May 2023 through in or around November 2023, we the jury, unanimously find:

Rouzbeh Ross Haghighat

    NOT GUILTY _____  GUILTY __X__

Kirstyn M. Pearl

    NOT GUILTY _____  GUILTY __X__

[signature: Terence K. Armstrong]

12.17.2025

10