**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: NEWARK**                              **DATE**: 5/4/2026
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**                              **DOCKET#** 25-339

UNITED STATES OF AMERICA

                    vs.

James Roberge

**APPEARANCES:**

Tamara Livshiz, AUSA
Steven Michaels, AUSA
Zach Intrater, Esq. for Defendant
Daniela Manzi, Esq. for Defendant
Jennifer Zingaropoli, Probation Officer
Defendant present

**Nature of Proceedings**: SENTENCING ON Counts 1, 11, 12, 13, 14, 15, 16, and 17

Imprisonment – 2 months on each of Counts 1, 11, 12, 13, 14, 15, 16, and 17, all such terms to be served concurrently.
Supervised Release – 3 years. This term consists of 3 years on each of Counts 1, 11, 12, 13, 14, 15, 16, and 17, all such terms to run concurrently.
Special conditions: Home confinement with location monitoring for 13 months with fee waived.
Special Assessment - $800.00. This consists of $100.00 on each of Counts 1, 11, 12, 13, 14, 15, 16, and 17.
Fine: $100,000.00 This consists of $12,500 on each of Counts 1, 11, 12, 13, 14, 15, 16, and 17.
Payments in the amount of $1,667.00 to begin in January 2027.
Forfeiture: $172,738.13

Defendant advised of right to appeal.

**Time Commenced: 2:30**
**Time Adjourned: 5:30**
**Total Time: 3:00**

                    RoseMarie Olivieri
                    SENIOR COURTROOM DEPUTY